IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PETER E. MILLER,
    Defendant.

Case Number: 1:19MJ06027

## ORDER OF DETENTION PENDING
## HEARING PURSUANT TO THE BAIL REFORM ACT

The Defendant appeared before this Court on Friday, March 22, 2019. The Government moved for detention of the Defendant pursuant to 18 U.S.C. § 3142(f)(1) & (f)(2). The Defendant moved to continue the detention hearing. That hearing is now set on 3/27/2019. The date of this hearing is outside the procedural timing requirements set forth in 18 U.S.C. § 3142(f) for good cause being shown, that cause being Click here to enter text..

Pursuant to 18 U.S.C. § 3142, the Defendant "shall be detained" for the duration of the continuance. Accordingly, the Defendant shall be held in the custody of the United States Marshal until the detention hearing is held.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the United States Marshal.

Entered on March 22, 2019

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE