

FILED
APR 17 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. ) Case No. 19-10016
)
PETER E. MILLER, ) VIO: 18 U.S.C. §§ 2252A(a)(2)(A) and
) (b)(1); 2252A(a)(5)(B) and (b)(2).
      Defendant. )

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Receipt of Child Pornography)

On or about September 11, 2018, in the Central District of Illinois, the defendant,

**PETER E. MILLER,**

knowingly received child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including one or more visual depictions involving a prepubescent minor and a minor under twelve years of age, said child pornography having been mailed, shipped and transported in and affecting interstate and foreign commerce, and using any means and facility of interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and

1

(b)(1).

## COUNT TWO
(Receipt of Child Pornography)

On or about January 4, 2019, in the Central District of Illinois, the defendant,

**PETER E. MILLER,**

knowingly received child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including one or more visual depictions involving a prepubescent minor and a minor under twelve years of age, said child pornography having been mailed, shipped and transported in and affecting interstate and foreign commerce, and using any means and facility of interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT THREE
(Possession of Child Pornography)

On or about January 29, 2019, in the Central District of Illinois, the defendant,

**PETER E. MILLER,**

did knowingly possess an HP laptop computer S/N MXL6383W2F, that contained digital images of child pornography, in addition to those charged in Counts One and Two, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained twelve

years of age, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL,
s/ Foreperson

FOREPERSON

s/ Paul Morris

JOHN C. MILHISER
UNITED STATES ATTORNEY

PBM