UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No 19-10016 |
| ) | |
| PETER E. MILLER, ) | |
| ) | |
| Defendant. ) | |

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT, AND
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendations of United States Magistrate Judge Jonathan Hawley to which there have been no timely objection, the plea of guilty of the Defendant to Count 2 of the Indictment is hereby accepted, and Defendant is adjudged guilty of such offense. This matter remains set for sentencing on March 27, 2020 at 10:00 a.m. in Peoria.

ENTERED January 7, 2020.

s/ James E. Shadid
JAMES E. SHADID
United States District Judge