Dear Honorable Shadid,

I just wanted to tell you how truly remorseful and repentant I am for what I have done. I am so embarrassed at how I behaved. Being a husband, father, Senior Non-Commissioned Officer in the Air Force, a Boy Scout leader and a ministry leader in my church, I should have set a better example through my behavior. I let so many, many people down. I have done so many good things and accomplished a lot, but it took one bad mistake for everyone to change the way they view me.

I had an addiction to porn. As with any addiction it took control of me. I should have never let it get to this, and with God's help it never will again enter into my life. Since being here in Peoria County Jail, I have met with the Chaplains almost weekly. One of them, Chaplain Bill, has his own ministry, Freedom 4 Life. He was kind enough to take me through his program in here. It deals with this very problem I had of Pornography Addiction. This place alone can and is sobering enough, but I have read and studied and applied the thoughts from many books on porn addiction, including, changing what I am watching on TV. Losing my friends and most importantly my wife, this will never happen again. I will spend the rest of my life and energy to win her trust back.

I was always close to God, or so I thought, but since being in here I have become much closer. All I do every day, all day, is read and study the Bible. God has given me, no blessed me, with the opportunity to reach out to others in here. I now have and lead a daily Bible study with three people and I was asked by someone in here to lead a three day-a-week 12 Step Recovery Bible study that has 6 of the 10 people in our pod attending.

My goal now is to take seminary classes and become a prison chaplain. God has given me a heart to share my story and help others to avoid the mistakes I made. I also want to go to any church that would allow me to share my story to the men so they too can avoid what has so devestated me. By doing this I can help others while at the same time help me, by reminding myself to never let this happen again.

Your Honor, I realize that you may have heard things like this before, but it is true. I know that God has forgiven me because I have repented of my sins. To repent means to turn from sin and change one's heart and behavior. 1 John 1:9 says "But if we confess our sins to him, he is faithful and just to forgive us our sins and to clense us from all wickedness." I did not just find God in jail I was saved long before, but scowly turned away in the aspect of porn. But since the day I turned myself in I felt God calling me closer and now I have never been as close to God as I am now.

I realize that one addiction can easily lead to others. I have never done any drugs and had not had a drink of alcohol for almost 20 years. I swore my son would never see me drink or drunk. However, addictions can multiply and I am thankful that this one is over and because of God, I am free from this bondage of slavery I was in. Psalm 119:37 says "Turn my eyes from worthless things, and give me life through your word." And James 4:7 says "Submit yourselves, then, to God. Resist the devil, and he will flee from you." I use these two verses whenever a thought or image pops into my head and right away it is gone and my mind is free from that and back to where it belongs, back to God.

My faith in God is stronger because of where I am right now. This place is sobering, making anyone, especially me, to never let it happen again. God has blessed me with the opportunity to reach others in here for Him, and I am truly thankful for that. I know what I did was wrong and I fully accept whatever happens. I desire to get back to my family and restore my relationship to my wife.

Thank-you for taking the time to listen to me.

Sincerely,
Peter E. Miller