E-FILED
Tuesday, 24 March, 2020 08:16:44 AM
Clerk, U.S. District Court, ILCD

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Peter E. Miller

upon successful completion of

Study Course: **Gospel of Mark**

Awarded the 18th day of February, 2020.



*signature*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: **Peter E. Miller**           STUDENT ID#: **435959**

COURSE: **Gospel of Mark**          DATE: **2/18/20**

EXAM 1: **94**     EXAM 2: **100**     EXAM 3: **96**

FINAL GRADE: **97**      CREDITS: **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.
Websites: www.abarc.org • www.arm.org