# AMERICAN BIBLE ACADEMY

Presents this Certificate to

### Peter E. Miller

upon successful completion of

Study Course: **Galatians & Philippians**

Awarded the 31st day of March, 2020.



ACADEMIC DEAN

REGISTRAR



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: **Peter E. Miller**

STUDENT ID#: 435959

COURSE: **Galatians & Philippians**

DATE: 3/31/20

EXAM 1: **98**    EXAM 2: **97**    EXAM 3: **94**

FINAL GRADE: **96**    CREDITS: **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | (A.....98-95%) | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

### Peter E. Miller

upon successful completion of

### Christian Doctrine, Vol. 3

Awarded the 28th day of April, 2020.

_Joseph Welch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR



---



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: **Peter E. Miller**            STUDENT ID#: 435959

COURSE: **Christian Doctrine, Vol. 3**        DATE: 4/28/20

EXAM 1: **97**        EXAM 2: **97**        EXAM 3: **97**

FINAL GRADE: **97**        CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A  .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# The Salvation Army
## Bible Correspondence Course Certificate

This is to certify that

**Peter E. Miller**

has satisfactorily completed

**Life of Christ**
Basic Bible Study Course #1

February 28, 2020
Date

Major Robert McClintock
Correctional Services Director