E-FILED
Tuesday, 30 June, 2020 11:37:26 AM
Clerk, U.S. District Court, ILCD



# Prison Alliance
MAKING DISCIPLES WORLDWIDE

affirms that

## Peter Miller

has successfully completed the

**BIBLE STUDY COURSE ~ WHO IS GOD?**

administered from CLI, Raleigh, North Carolina

this day May 19, 2020

*Be strong and courageous, because you will lead these people to inherit the land I swore to their forefathers to give them.*

*Joshua 1:6 NIV*