```
                    AMERICAN BIBLE ACADEMY
                         P.O. Box 1627
                       Joplin, MO 64802

                    OFFICIAL STUDENT TRANSCRIPT


    Peter E. Miller                      STUDENT ID:        435959
            BK# 1901904
    Peoria Co. Jail   CH 3               DATE ISSUED:    4/30/2020
    301 N. Maxwell Rd.
    PEORIA, IL 61604                     DATE ENROLLED:  6/17/2019

  COURSE                                    DATE
  NUMBER   COURSE DESCRIPTION               COMPLETED   CREDITS   GRADE

  001      The Gospel of John              7/30/2019    NON-CRD     92

  102-1    Christian Doctrine, Vol. 1      9/17/2019       1        97

  102-2    Christian Doctrine, Vol. 2     10/22/2019       1        97

  002-1    The Book of Acts, Vol. 1       12/17/2019       1        96

  002-2    The Book of Acts, Vol. 2        1/14/2020       1        98

  104      The Gospel of Mark              2/18/2020       1        97

  105      Galatians & Philippians         3/31/2020       1        96

  107      Christian Doctrine, Vol. 3      4/28/2020       1        97
```

```
The Grading system used by ABA is as follows:      Not valid as an official
    A+   99-100     C+   77-79                     transcript without the
    A    95-98      C    74-76                     signature of the ABA
    A-   90-94      C-   70-73                     Registrar or the ABA
    B+   87-89      D+   67-69                     Director and the raised
    B    84-86      D    64-66                     Seal of the American
    B-   80-83      D-   60-63                     Bible Academy.
                    F     0-59
                                          Signature: Mrs. Gwen Wadell

         Please visit our websites www.abarc.org and www.arm.org
```